IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           **Case No. 11-40046-04/07-RDR**

BRADLEY GUERRERO and
KAREN M. SHUTTS,

        Defendants.

## **O R D E R**

This case is before the court upon the motion of defendant Shutts to extend the time to file pretrial motions. Doc. No. 95. This motion is joined in by defendant Guerrero. Doc. No. 96. No opposition has been noted as of this time.

The motion argues that because of the complexity of the case and the large volume of discovery, defense counsel requires additional time to effectively represent his client. The motion also notes that further discovery may be provided and that additional time would be useful to evaluate a possible non-trial resolution of the case which would avoid the need to file pretrial motions.

The court has reviewed the Speedy Trial Act factors and the circumstances of this case in previous orders. Upon consideration, the court shall grant defendant's motion and extend the time for all defendants to file motions to January 17, 2012. The government shall respond to the motions by January 27, 2012. A hearing upon

motions shall be scheduled for February 3, 2012 at 10:30 a.m.

The court shall consider the extension of time granted in this case to be excludable time for the purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). It is in the interests of justice to provide defense counsel adequate time to prepare to represent their clients and to evaluate the possibility of a plea agreement. This is also in the interests of the public because it promotes a fair and efficient means of resolving a complex case. The court has no cause to find that the public's safety will be jeopardized by granting the proposed extension.

**IT IS SO ORDERED.**

Dated this 29th day of December, 2011 at Topeka, Kansas.

> s/Richard D. Rogers
> United States District Judge